**UNITED STATES of America, ex rel. Leon BRAUN, Appellant,**

v.

**THE SEMINOLE TRIBE OF FLORIDA, INC.; The Seminole Tribe of Florida, Appellees.**

**No. 03–2585.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2003.

Decided Oct. 23, 2003.

Leon Braun, Hollywood, FL, pro se.

John Ernst Jacobson, Allison Fabyanske Eklund, Jacobson & Buffalo, St. Paul, MN, Donald Albert Orlovsky, Kamen & Orlovsky, West Palm Beach, FL, Allan M. Lerner, Lerner Law Office, Fort Lauderdale, FL, for Defendants–Appellees.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Leon Braun appeals the district court's[1] denial of his motion for relief from judg-

[1]. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

ment under Federal Rule of Civil Procedure 60(b). We review the denial of a Rule 60(b) motion only for abuse of discretion, and we find none in this case given the substance of Braun's arguments in support of Rule 60(b) relief. *See Sanders v. Clemco Indus.*, 862 F.2d 161, 169 (8th Cir.1988) an appeal from the denial of a Rule 60(b) motion does not bring up the underlying judgment for review, but presents only the issue of whether the district court abused its discretion in denying relief from judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B.